# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3320

_____

|  |  |  |
|---|---|---|
| Jose Rafael Tineo, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Constance C. Reese, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  March 6, 2002

Filed:  March 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Jose Tineo appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition, in which he sought to raise a challenge under Apprendi v. New Jersey, 530 U.S. 466 (2000).  For the reasons stated by the district court, the judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.